970 So.2d 527 (2007)
STATE ex rel. Alvin MEAD
v.
STATE of Louisiana.
No. 2007-KH-0706.
Supreme Court of Louisiana.
December 14, 2007.
In re Mead, Alvin;  Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of Orleans, Criminal District Court Div. H, No. 395-920; to the Court of Appeal, Fourth Circuit, No. 2007-K-0178.
Denied. Untimely, not cognizable, and repetitive. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), *528 660 So.2d 1189; La.C.Cr.P. art. 930.3; State ex. rel. Melinie v. State, 93-1380 (La. 1/12/ 96), 665 So.2d 1172; cf. La.C.Cr.P. art. 930.4(D).